UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

        Case No. 07-20119

        HON. GEORGE CARAM STEEH

D-8 TONEY SANDERS

        Defendant(s).
_____/

## ORDER TERMINATING SUPERVISED RELEASE

Upon agreement of the parties at the hearing held today,

**IT IS ORDERED** that the defendant's term of supervised release is hereby terminated without improvement.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: October 12, 2011

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on October 12, 2011, by electronic mail.

        s/Marcia Beauchemin
        Case Manager/Deputy Clerk